## 17922.   ELLIOTT *v.* THE STATE.

BLOODWORTH, J.   There is nothing in any of the special grounds of the motion for a new trial that requires a retrial of the case; the evidence

---

Criminal Law, 16 C. J. p. 1180, n. 74.
Receiving Stolen Goods, 34 Cyc. p. 527, n. 97.

supports the finding of the jury, and the court did not err in overruling the motion for a new trial.

Judgment affirmed. Broyles, C. J., and Luke, J., concur.

DECIDED APRIL 12, 1927.

Receiving stolen goods; from Whitfield superior court—Judge Tarver. December 27, 1926.

*William E. & Gordon Mann,* for plaintiff in error.

*C. C. Pittman, solicitor-general, J. C. Mitchell, solicitor-general,* contra.